United States District Court
District of Delaware

08-346

Jonathan Lee Riches,
Plaintiff

V.

Heriberto Seda; John Royster; Bureau of Prisons,
Defendants

---

Preliminary Injunction / Temporary Restraining order
42 USC 1983

Plaintiff faces imminent danger. Defendants are in prison in Delaware and plan to transfer to FCI Williamsburg to do me harm. They plan to transfer here by July 2008, I seek a restraining order to stop the transfer. I pray this honorable court for relief

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
843-387-9400



RECEIVED
FILED
JUN - 9 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE